UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>STEVEN FINKLER | No. 3:19-cr-199 (SRU) |

## ORDER

Whereas on August 5, 2020, this Court entered a Preliminary Order of Forfeiture that forfeited, pursuant to 18 U.S.C. § 982(a)(2)(B) and 21 U.S.C. § 853, the following: One (1) 18 Karat Gold Tri-Color XL Trinity Ring (Article Number ENS842, Serial Number B4052854); and One (1) black Apple iPhone X bearing serial number 357273096058344, seized from the Defendant on or about May 14, 2019.

And whereas, pursuant to 21 U.S.C. § 853(n), for at least 30 consecutive days, beginning on August 7, 2020, and ending on September 5, 2020, the United States published on the Government's forfeiture website on the Internet, http://forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property as the Secretary of the Treasury may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas no other claims or timely petitions have been filed.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to: One (1) 18 Karat Gold Tri-Color XL Trinity Ring (Article Number ENS842, Serial Number B4052854); and One (1) black Apple iPhone X bearing serial number 357273096058344, is hereby condemned,

forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party:

That, pursuant to 21 U.S.C. §§ 853(g)–(i), the United States may dispose of this property according to law; and

That the Clerk of Court is directed to send four (4) certified copies of this Final Order of Forfeiture to Assistant United States Attorney Sarala V. Nagala, 157 Church Street, 25th Floor, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this 20th day of October 2020.

/s/Stefan R. Underhill
Stefan R. Underhill
United States District Judge