# EXHIBIT A

September 14, 2020

The Honorable Stefan R. Underhill
Chief U.S. District Judge
U.S. Courthouse
915 Lafayette Blvd.
Bridgeport, CT.06604

Steven Finkler
Reg. No. 39327-053
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863


RE: USA v. STEVEN FINKLER

Dear Judge Underhill,

As the Court is aware, I am scheduled to be sentenced before your Honor on Novemebr 2, 2020. To begin, I take full responsibility for my actions and poor choices. To say, I am ashamed is an understatement. This last year has been a nightmare when it should have ben filled with such joy as I rekindled my relationship with my girlfriend, Joanna and became engaged. For that I don't know what to say or do and only hope Joanna will accept my apologies and wait for me to come home.

I can only say that I am truly sorry to all of the victims and hope everyone will accept it as being truthful and earnest. I made a huge mistake out of complete panic. I came home in September of 2018 and had nowhere to go, without medical insurance and without identification. I made the worst choice by committing a crime which put me in front of your Honor, yet again. I am back on my medication and know that I must stay on it so I do not experience such highs and lows coupled with anxiety that led me down this wrong road. I also plan on staying in therapy on a regular basis as well. With my medication and therapy, I know I will not fail. Joanna has recently told me there is no reason to rush in anything that I do when I come home. I have a house to live in and all the support I need to succeed without committing a crime. I also plan on securing gainful employment upon my release and know that I will succeed with my support system in place.

My son, Tyler who's a sophomore in college has forgiven me and just says,"I need you home". For that, I am so happy and grateful as he is the only child I have. While I have let him down in the past, I will never let him down in the future,

Finally, to the victims, please accept my apologies. I promise to repay every dollar I owe in accordance with the Court's ruling.

Sincerely,

Steven Finkler

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

December 14, 2020

Re: Finkler, Steven
SID#: 39327-053

To Whom It My Concern,

Detainee Finkler participates in the facility kitchen work program and has assisted the facility in preparation for a numerous successful audits. Detainee Finkler is always willing to assist when needed and goes over and above. Over the past few months due to Pandemic, Detainee Finkler has work long and hard hours and at times 7 days a week to ensure food for the Detainee population and staff went out in a timely and efficient manner. I want to thank him personally for stepping up and pushing forward when others did not want to assist.

Detainee Finkler has remain respectful to all staff and the detainee population.

If you should have any questions feel free to contact my office at (401) 721-0307.

Sincerely,

Major Gregory Richard
Chief of Support Services
Donald W. Wyatt Detention Facility
950 High Street, Central Falls, RI 02863
401-721-0307 (Direct Line)
grichard@wyattdetention.com

Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

September 23, 2020

Attorney Terence Ward
Federal Public Defender - CT
10 Columbus BLVD 6th Floor
Hartford, CT  06106-6269

Re: Finkler, Steven
Reg: 39327-053

Dear Mr. Ward,

Please be advised that Detainee Steven Finkler was received at the Wyatt Detention Facility on August 19 2019 for the United States Marshals Service-Connecticut on a Parole Violation.

While being held at this facility Mr. Finkler has not received any disciplinary infractions and maintains a respectful attitude towards staff and others around him. Mr. Finkler has successfully participated and completed Contemporary Issues in America and also participates in the workers program in the Kitchen.  Mr. Finkler started working in the Kitchen on December 6, 2019 and was promoted to a Diet Cook on March 8, 2020.

If you should have any questions or concerns feel free to contact my Office at (401)729-1190

Sincerely,

Daniel W. Martin
Warden

DWM/ab

cc:     Records
        Finkler, Steven # 39327-053 L-23

RECEIVED
SEP 2 8 2020
OFFICE OF THE
FEDERAL DEFENDER
HARTFORD, CONNECTICUT

Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863

# Certificate of Completion

This certificate is awarded to

*STEVEN FINKLER*

on

*JANUARY 27, 2020*

in recognition of successfully completing the program

*CONTEMPORARY ISSUES IN AMERICA*

_____
Kristen Damaso, Programs

_____
Maureen O'Gorman, Education

# Central Falls Detention Facility Corporation

*This is to certify that*

## Finkler, *Steven*

### *Has Satisfied Basic Kitchen Standards*

Completed On

October 7th, 2019

_____
Daniel W. Martin
Warden

_____
Zachary Sandground
Food Service Manager



