# EXHIBIT E

$B \ 3 \ B$



# *RHODE ISLAND*
# *STATE HEALTH LABORATORIES*
50 Orms Street
Providence, RI 02904
Phone: (401) 222-5600
**CLIA # 41D0709206**

**ATTN:** Blanchette,Edward A
D Wyatt Detention Facil-91190
950 High Street
Central Falls, RI 02863

**Patient:** FINKLER, STEVEN
, RI

Med Rec #: 2800928   $34327-093$
**Birthdate:** ▆ 56 years   Male
**Chart #:**
**Accession #:** RI-20-051037
**Ordering Medical Provider:** Blanchette,Edward A

Copied to:

---

### SARS-CoV-2 Testing

#### Nucleic Acid Amplification

| Collected Date | Procedure | Result | Specimen Type | Verified Date/Time |
|---|---|---|---|---|
| 6/5/2020 | SARS-CoV-2 result | Detected i1 | Nasopharyngeal Swab | 6/6/2020 16:20 EDT |

Interpretive Data
i1:    SARS-CoV-2 result
The Hologic Aptima SARS-CoV-2 Assay is a nucleic acid amplification test intended for the qualitative molecular detection of RNA from SARS-CoV-2 in upper respiratory specimens from individuals suspected of COVID-19 by their healthcare provider. The Hologic Aptima SARS-CoV-2 Assay is only for use as "research use only (RUO)". The performance characteristics of this RUO assay were validated by the Rhode Island State Health Laboratories. It has not been approved nor cleared by the U.S. Food and Drug Administration. Results are for epidemiological and investigational purposes only and may not be used as a substitute for diagnostic procedures nor to guide patient management decisions. Results should be interpreted in conjunction with the patient's clinical symptoms, medical history, and other clinical/laboratory findings to determine an overall clinical diagnosis. Negative results do not preclude infection with SARS-CoV-2.

For test methodology information and reporting requirements refer to
http://www.health.ri.gov/programs/laboratory/biological/about/specimensubmission/