

# EXHIBIT F

413, Mental Health Services and ●cide Prevention

Appendix F

## DONALD W. WYATT DETENTION FACILITY
### HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

| Name: | Finkler, Steven | Date | 4/1/2020 |
|---|---|---|---|
| DOB: | | ID# | 2030899 |

**Chief Complaint:** "I'm doing OK... A bit anxious..."

**Interval History:** Patient interacts pleasantly, a bit subdued. Denies overt depression, no SI/HI. Reports anxiety and That internally, he still "feels a bit manic". However, no objective or subjective indication of psychosis. Patient feels current meds are helping but could benefit from improved sleep and s/w better anti-manic effect. No other complaints at this time.

| | Psych ROS: | Psychosis | Manic | Depressed | PTSD |
|---|---|---|---|---|---|
| OCD | GAD | Anxiety | | | |
| Somatic: | Sleep | Energy | Appetite Interest | | |
| Pain | Weakness | Memory | | | |
| Other | | | | | |

### Examination

| Examination |
|---|
| Appearance: standard attire; no acute distress; serious but reasonably pleasant demeanor, polite, cooperative |
| Motor: within normal limits |
| Speech/Language: cogent, normal rate and rhythm, within normal limits |
| Orientation/LOC: AAOx4 |
| Mood/Affect: a bit subdued but not overtly dysphoric/depressed. subjectively mildly hypomanic. objectively no mania |
| Thought Content/Pattern: cogent, linear, reasonably well-organized – no evidence of thought disorder |
| Delusions: none elicited |
| Hallucinations: denied; does not appear to be responding to internal stimuli |
| SI/HI: denies any impulses, plan or intent |
| Judgment/Insight: fair / fair |

| Diagnosis | |
|---|---|
| Axis I: | Bipolar II Disorder |
| Axis II: | deferred |
| Axis III: | None reported |
| Axis IV: | Legal issues |
| Axis V: | n/a |

**SIDE EFFECTS: (Circle)** | Yes / No | Explain:

**Treatment Plan / Medications**
In attempt to subdue reported hypomanic symptoms and improve sleep, will continue Trazodone 100 mg q hs but change Abilify to AM dose to decrease possible hs stimulation interfering with sleep and increase Abilify dose to 10 mg q AM

X I have reviewed medication risks/benefits with patient and with guardian (if applicable) and patient/guardian understands and agrees to this treatment.

Follow-up: RTC 4 weeks: sooner prn if symptoms persist or worse or if any complications/side-effects develop

Signature:

G:\POLICIES\4C0-Care\413.doc September 2018

1

413, Mental Health Services and Suicide Prevention

## DONALD W. WYATT DETENTION FACILITY
## HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

Name: **FINKLER, Steven**       Date      2.18.20
DOB: _____       ID#       29327-053

**Chief Complaint:** Follow-up for mood/sleep

**Interval History:**

***AUDIO ONLY

Chart reviewed; Case discussed with MHC; no behavioral or safety concerns reported.

Been doing "pretty good". No mood, anxiety, sleep symptoms. Asks if can continue if enters BOP; MHC confirmed.

Constipation resolved. Taking and tolerating medication.

**Current Medications:** trazodone 100mg po QHS; aripiprazole 5mg po QHS
**Allergies:** NKDFA

|          |      | Psych ROS: (negative) | Psychosis | Manic | Depressed | PTSD |
|----------|------|------------------------|-----------|-------|-----------|------|
|          | OCD  | GAD    Anxiety         |           |       |           |      |
| Somatic: | Sleep | Energy  Appetite Interest |        |       |           |      |
|          | Pain | Weakness    Memory     |           |       |           |      |
| Other    |      |                        |           |       |           |      |

| Examination |
|---|
| Appearance: AUDIO ONLY |
| Motor: N/A |
| Speech/Language: coherent; normal prosody |
| Orientation/LOC: AAOx4 grossly |
| Mood/Affect: "pretty good" |
| Thought Content/Pattern: organized with intact associations |
| Delusions: none evident |
| Hallucinations: none |
| SI/HI: no thought, intent, plan, or communication evident |
| Judgment/Insight: fair/fair |

| Diagnosis | |
|-----------|---|
| Axis I:   | Bipolar II Disorder |
| Axis II:  | None |
| Axis III: | None |
| Axis IV:  | Legal problems |
| Axis V:   | n/a |

**SIDE EFFECTS: (Circle)** | Yes / No | Explain:

**Treatment Plan / Medications**

413, Mental Health Services and Suicide Prevention

Appendix F

## DONALD W. WYATT DETENTION FACILITY
## HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

| Name: | FINKLER, Steven | Date | 12/26/19 |
|-------|-----------------|------|----------|
| DOB:  |                 | ID#  | 393C3 -053 |

**Chief Complaint:**    Follow-up for mood/sleep

**Interval History:**
Chart reviewed; Case discussed with MHC; no behavioral or safety concerns reported.

Relayed some constipation. Colace recently started by Medicine. Reviewed potential side effects of current medications. "Everything's pretty much even." Sleep is fair, "it's not 100%". Appetite is OK. Drinks plenty of water. No thought, intent, plan to harm self/others endorsed.

Current Medications: trazodone 100mg po QHS; aripiprazole 5mg po QHS
Allergies: NKDFA

| | | Psych ROS: (negative)   Psychosis | Manic | Depressed | PTSD |
|---|---|---|---|---|---|
| | OCD | GAD    Anxiety | | | |
| Somatic: | Sleep | Energy   Appetite   Interest | | | |
| | Pain | Weakness      Memory   constipation | | | |
| Other | | | | | |
| | | **Examination** | | | |
| Appearance:  standard attire; cooperative; calm; no distress; glasses | | | | | |
| Motor:  no abnormalities; stable gait | | | | | |
| Speech/Language:  coherent; normal prosody | | | | | |
| Orientation/LOC:  AAOx4 grossly | | | | | |
| Mood/Affect:  as above; full, level, euthymic | | | | | |
| Thought Content/Pattern:  organized with intact associations | | | | | |
| Delusions:  none evident | | | | | |
| Hallucinations:  none | | | | | |
| SI/HI:  no thought, intent, plan, or communication evident | | | | | |
| Judgment/Insight:  fair/fair | | | | | |

| | **Diagnosis** | | |
|---|---|---|---|
| Axis I: | Bipolar II Disorder | | |
| Axis II: | None | | |
| Axis III: | None | | |
| Axis IV: | Legal problems | | |
| Axis V: | n/a | | |

**SIDE EFFECTS: (Circle)**    Yes / No   | Explain:  possible constipation

**Treatment Plan / Medications**

Continue trazodone 100mg po QHS
Continue Abilify 5mg po QHS

G:\POLICIES\400—Care\413.doc August 2019

3

413, Mental Health Services and Suicide Prevention

Appendix F

## DONALD W. WYATT DETENTION FACILITY
## HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

| Name: | FINKLER, Steven | Date | 11/5/19 |
|---|---|---|---|
| DOB: | | ID# | 3032 7 052 |

**Chief Complaint:**   Follow-up for mood/sleep

**Interval History:**
Chart reviewed; including previous visit on 9/26/19 (initial) when trazodone was increased for sleep concerns and Abilify started for Bipolar II Disorder.

Case discussed with MHC; no behavioral or safety concerns reported.

Today, patient reports been doing "good". Regarding medication changes, "I think it's working." No thought, intent, plan to harm self/others endorsed.

**Current Medications: trazodone 100mg po QHS; aripiprazole 5mg po QHS**
**Allergies: NKDFA**

|  |  | Psych ROS: (negative) | Psychosis | Manic | Depressed | PTSD |
|---|---|---|---|---|---|---|
|  | OCD | GAD    Anxiety |  |  |  |  |
| Somatic: | Sleep | Energy  Appetite Interest |  |  |  |  |
|  | Pain | Weakness      Memory |  |  |  |  |
| Other |  |  |  |  |  |  |

| Examination |
|---|
| Appearance: standard attire; cooperative; calm; no distress; glasses |
| Motor: no abnormalities; stable gait |
| Speech/Language: coherent; normal prosody |
| Orientation/LOC: AAOx4 grossly |
| Mood/Affect: as above; level, euthymic |
| Thought Content/Pattern: organized with intact associations |
| Delusions: none evident |
| Hallucinations: none |
| SI/HI: no thought, intent, plan, or communication evident |
| Judgment/Insight: fair/fair |

| Diagnosis | |
|---|---|
| Axis I: | Bipolar II Disorder |
| Axis II: | None |
| Axis III: | None |
| Axis IV: | Legal problems |
| Axis V: | n/a |

| SIDE EFFECTS: (Circle) | Yes / No | Explain: |
|---|---|---|

**Treatment Plan / Medications**

413, Mental Health Services and Suicide Prevention

---

**Family Med/Psych History:**

None known

---

**Social History** (Including education history):

No known perinatal complications or developmental delay

Education: average student; no learning problems; no suspensions, just "normal trouble"

Married, Divorced; 1 child in college

No military service

Trauma: reports diagnosed with PTSD after witnessed a murder; exacerbated depression and led to "systematic" worrying

---

**Medications:**

Trazodone 50mg po QHS

---

Allergies: NKDFA

---

| **Psych ROS:** | Psychotic | Manic | Depressed | PTSD |
|---|---|---|---|---|
| OCD | GAD | | | |
| **Somatic:** | Sleep | Energy Appetite | Interest | |
| | Pain | Weakness | Memory | |

**Examination**

Appearance: glasses; fair grooming; standard attire; cooperative; no distress

Motor: no abnormal movements; mild psychomotor retardation

Speech/Language: coherent; good diction; decreased tone; normal rate/volume

Orientation/LOC: AAOx4 grossly

Mood/Affect: "OK"; dysthymic

Thought Content/Pattern: organized; intact associations; appropriate content

Delusions: none

Hallucinations: none

SI/HI: no thought, intent, or plan

Judgment/Insight: fair/fair

Impression:

---

Axis I: Bipolar II Disorder

Axis II: defer

Axis III: possible h/o TBI

G:\POLICIES\400—Care\413.doc August 2019

5

413, Mental Health Services and Suicide Prevention

Appendix F

## DONALD W. WYATT DETENTION FACILITY
## HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

Name: __FINKLER, Steven__    Date __11/5/19__
DOB: _____                ID# 3032.7052

**Chief Complaint:**    Follow-up for mood/sleep

**Interval History:**
Chart reviewed; including previous visit on 9/26/19 (initial) when trazodone was increased for sleep concerns and
Abilify started for Bipolar II Disorder.

Case discussed with MHC; no behavioral or safety concerns reported.

Today, patient reports been doing "good". Regarding medication changes, "I think it's working." No thought, intent,
plan to harm self/others endorsed.

Current Medications: trazodone 100mg po QHS; aripiprazole 5mg po QHS
Allergies: NKDFA

| | | Psych ROS: (negative) | Psychosis | Manic | Depressed | PTSD |
|---|---|---|---|---|---|---|
| | OCD | GAD    Anxiety | | | | |
| Somatic: | Sleep | Energy   Appetite  Interest | | | | |
| | Pain | Weakness      Memory | | | | |
| Other | | | | | | |

| Examination |
|---|
| Appearance: standard attire; cooperative; calm; no distress; glasses |
| Motor: no abnormalities; stable gait |
| Speech/Language: coherent; normal prosody |
| Orientation/LOC: AAOx4 grossly |
| Mood/Affect: as above; level, euthymic |
| Thought Content/Pattern: organized with intact associations |
| Delusions: none evident |
| Hallucinations: none |
| SI/HI: no thought, intent, plan, or communication evident |
| Judgment/Insight: fair/fair |

| Diagnosis | |
|---|---|
| Axis I: | Bipolar II Disorder |
| Axis II: | None |
| Axis III: | None |
| Axis IV: | Legal problems |
| Axis V: | n/a |

| SIDE EFFECTS: (Circle) | Yes / No | Explain: |
|---|---|---|
| | | |

**Treatment Plan / Medications**

G:\POLICIES\400—Care\413.doc August 2019

6

413, Mental Health Services and Suicide Prevention

**Family Med/Psych History:**

None known

**Social History** (Including education history):

No known perinatal complications or developmental delay

Education: average student; no learning problems; no suspensions, just "normal trouble"

Married, Divorced; 1 child in college

No military service

Trauma: reports diagnosed with PTSD after witnessed a murder; exacerbated depression and led to "systematic" worrying

**Medications:**

Trazodone 50mg po QHS

Allergies: NKDFA

| Psych ROS: | Psychotic | | Manic | | Depressed | PTSD |
|---|---|---|---|---|---|---|
| | OCD | GAD | | | | |
| Somatic: | Sleep | Energy | Appetite | | Interest | |
| | Pain | Weakness | | Memory | | |

**Examination**

Appearance: glasses; fair grooming; standard attire; cooperative; no distress

Motor: no abnormal movements; mild psychomotor retardation

Speech/Language: coherent; good diction; decreased tone; normal rate/volume

Orientation/LOC: AAOx4 grossly

Mood/Affect: "OK"; dysthymic

Thought Content/Pattern: organized; intact associations; appropriate content

Delusions: none

Hallucinations: none

SI/HI: no thought, intent, or plan

Judgment/Insight: fair/fair

**Impression:**

Axis I: Bipolar II Disorder

Axis II: defer

Axis III: possible h/o TBI

G:\POLICIES\400—Care\413.doc August 2019

7

413, Mental Health Services and Suicide Prevention

Appendix F

## DONALD W. WYATT DETENTION FACILITY
## HEALTH SERVICES UNIT/PSYCHIATRIST PROGRESS NOTE

Name:    **FINKLER, Steven**          Date    11/5/19
DOB:     _____             ID#     3032.7052

**Chief Complaint:**    Follow-up for mood/sleep

**Interval History:**
Chart reviewed; including previous visit on 9/26/19 (initial) when trazodone was increased for sleep concerns and Abilify started for Bipolar II Disorder.

Case discussed with MHC; no behavioral or safety concerns reported.

Today, patient reports been doing "good". Regarding medication changes, "I think it's working." No thought, intent, plan to harm self/others endorsed.

Current Medications: trazodone 100mg po QHS; aripiprazole 5mg po QHS
Allergies: NKDFA

|          |       | Psych ROS: (negative) Psychosis | Manic | Depressed | PTSD |
|----------|-------|----------------------------------|-------|-----------|------|
|          | OCD   | GAD    Anxiety                   |       |           |      |
| Somatic: | Sleep | Energy  Appetite Interest        |       |           |      |
|          | Pain  | Weakness      Memory             |       |           |      |
| Other    |       |                                  |       |           |      |
| **Examination** |||||
| Appearance: standard attire; cooperative; calm; no distress; glasses |||||
| Motor: no abnormalities; stable gait |||||
| Speech/Language: coherent; normal prosody |||||
| Orientation/LOC: AAOx4 grossly |||||
| Mood/Affect: as above: level, euthymic |||||
| Thought Content/Pattern: organized with intact associations |||||
| Delusions: none evident |||||
| Hallucinations: none |||||
| SI/HI: no thought, intent, plan, or communication evident |||||
| Judgment/Insight: fair/fair |||||

| Diagnosis |          |
|-----------|----------|
| Axis I:   | Bipolar II Disorder |
| Axis II:  | None     |
| Axis III: | None     |
| Axis IV:  | Legal problems |
| Axis V:   | n/a      |

| **SIDE EFFECTS: (Circle)** | Yes / No | Explain: |
|----------------------------|----------|----------|
|                            |          |          |

**Treatment Plan / Medications**

G:\POLICIES\400—Care\413.doc August 2019

8

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-20-2014 - Intake Screening
**Reg Number-Name:** 39327-053 - FINKLER, STEVEN
**Author:** AMOR A. CORREA, PH.D., STAFF PSYCH
**Institution:** BRO - BROOKLYN MDC

## TREATMENT/MENTAL HEALTH HISTORY:

Inmate **FINKLER** reported the following:

**Out-Patient:** Psychiatric treatment intermittently since 1991 for the treatment of depression and anxiety.

## ABUSE HISTORY:

Inmate FINKLER reported no abuse history

## MENTAL STATUS:

During the screening interview no mental status items were noteworthy.

Inmate FINKLER is currently taking the following psychotropic medications(s): **Prozac, Lamictal**.

His psychological stability for custody is judged to be **FAVORABLE** .

## DRUG ABUSE HISTORY:

Inmate FINKLER does not report a history of substance abuse.

## PROGRAM TREATMENT RECOMMENDATIONS:

No programs/treatment are recommended at this time.

Inmate FINKLER reported an interest in participating in programs/treatment.

## COMMENTS:

### REASON FOR REFERRAL / SOURCE OF REFERRAL

Inmate FINKLER, a 49-year-old male from New York, was seen for an intake
screening due to a flag on his SENTRY records that he has been previously
diagnosed with Bipolar Disorder.

The interview was conducted in a private office on his housing unit. The
following information was obtained through clinical interview and a review of
select records.

### RELEVANT BACKGROUND INFORMATION

Mr. FINKLER was admitted to MDC Brooklyn on (1/24/2014), with charges of Bank
Fraud. Mr. FINKLER has previously served a federal sentence for Wire/Mail
Fraud. He is currently sentenced to 36 months.

The Psychology Services Inmate Questionnaire (PSIQ) completed by Mr. FINKLER at

the time of admission was reviewed. He reported treatment for depression and anxiety beginning in 1996. He denied any current symptoms of emotional distress.

## Social / Academic / Occupational History:

Mr. FINKLER attained a Bachelor's Degree in Finance. He reported a history of working as a director of telecommunications for 5 years.

He is married and has a 12-year-old son. He reportedly speaks to his brother regularly and describes his family as very supportive.

## INTERVIEW BEHAVIOR AND SUBJECTIVE COMPLAINTS

Mr. FINKLER was cooperative and responded to all inquiry. He appeared calm, relaxed, and smiled socially during the interview. There were no visible signs of physical or emotional distress.

Also, as indicated above, he denied all significant symptoms of emotional distress since his arrival at MDC Brooklyn.

## MENTAL HEALTH HISTORY

Upon inquiry regarding his mental health history, Mr. FINKLER reported being treated for anxiety and depression by a psychologist and a psychiatrist since the 1990's. He was diagnosed with Bipolar Disorder approximately 4 years ago.

He has been taking Prozac for the past 14 years and has also been taking Lamictal for "a couple of years." Mr. FINKLER believes his medication is currently helping him manage his symptoms effectively.

## SUICIDAL BEHAVIORS HISTORY

Inmate denied a history of suicidal ideation or attempts.

## SUBSTANCE ABUSE HISTORY

Mr. FINKLER denied any history of substance abuse.

## MEDICAL HISTORY

Mr. FINKLER reported a history of hypertension, high cholesterol, and GERD.

## PHYSICAL / SEXUAL VICTIMIZATION HISTORY/ PREA

Mr. FINKLER denied a history of physical or sexual abuse.

## PHYSICAL / SEXUAL PREDATION HISTORY/PREA

He denied a history of perpetrating physical or sexual abuse.

## CURRENT MENTAL STATUS

Mr. FINKLER was interviewed in a semi-private area, using the officer's office in the housing unit. He was cooperative, and related in an interpersonally appropriate manner with this interviewer. During this interview, he appeared relaxed, calm, controlled, without visible signs of emotional distress, perturbance, or psychomotor agitation or retardation. He made adequate eye-contact, smiled socially, and engaged in appropriate reciprocal communication, speaking clearly and at a normal pace.

He exhibited euthymic mood and affect was of full range. Mr. FINKLER did not report symptoms of depression and no signs were in evidence. His verbalizations did not reflect helpless or hopeless thinking. Speech and thought processes were coherent and logical. He was oriented to all spheres and did not exhibit mental confusion. No symptoms or signs of psychosis were reported or suspected. No formal thought disorder was in evidence, including loosening of associations, flight of ideas, paranoid or other delusional thinking. Mr. FINKLER did not report hallucinations, and did not appear to be responding to internal stimuli during the interview.

Cognitive functioning was not formally tested but appeared within normal limits. There were no obvious signs of cognitive or memory impairment, judging by his ability to maintain focus, concentration, and attention during interview, as well as intact expressive and receptive language skills.

Mr. FINKLER reported normal appetite, regular eating, and regular sleeping patterns.

Current risk for suicide was assessed and ruled out. Mr. FINKLER denied past, recent or current suicidal ideation (including morbid thoughts and passive suicidal ideation), planning or intent to engage in any type of self-destructive behavior. Mr. FINKLER expressed future-oriented and life-preserving plans.

**PROVISIONAL DIAGNOSIS**

**Diagnosis of Record:**

- **Axis I:** Dysthymic Disorder, Late Onset with Typical Features

  Bipolar Disorder

- Axis II: None

**Current Diagnostic Impression:**

- Axis I: Mood Disorder NOS

- Axis II: Deferred

**SUMMARY AND FOLLOW UP RECOMMENDATIONS:**

Mr. FINKLER currently denies any significant symptoms of emotional distress. His current functioning does not appear to be significantly impaired by his reported symptoms. Suicide risk was assessed and ruled out.

Therefore, he does not exhibit mental health symptoms that require additional psychiatric referral or follow-up. He was informed about routine and emergency contact procedures for mental health services and was encouraged to utilize them should he need them prior in the future.

**SENSITIVE BUT UNCLASSIFIED**

Reg #: 39327-053                          Inmate Name: FINKLER, STEVEN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Bipolar disorder** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 296.80 | 01/25/2016 | Resolved | 05/18/2018 |
| 5/2016 Not currently on any medications but no current issues. | | | | | | |
| 05/09/2016 12:50 EST  Linley, Alphonso MD | I | ICD-9 | 296.80 | 01/25/2016 | Current | 01/25/2016 |
| 5/2016 Not currently on any medications but no current issues. | | | | | | |
| 01/25/2016 12:02 EST  Bialor, Bruce MD | I | ICD-9 | 296.80 | 01/25/2016 | Current | 01/25/2016 |
| **Anxiety state, unspecified** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 300.00 | 01/25/2016 | Resolved | 05/18/2018 |
| 01/25/2016 12:02 EST  Bialor, Bruce MD | I | ICD-9 | 300.00 | 01/25/2016 | Current | 01/25/2016 |
| **Dysthymic disorder** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 300.4 | | 2006 Resolved | 05/18/2018 |
| 02/08/2008 13:13 EST  Craig, Charles PA-C | III | ICD-9 | 300.4 | | 2006 Current | 02/08/2008 |
| **Hypertension, Benign Essential** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 401.1 | | 2006 Resolved | 02/08/2008 |
| eye - 2/13/14 | | | | | | |
| cxr - 1/27/14 | | | | | | |
| pneumovax - 3/4/14 | | | | | | |
| influenza vaccine - 3/4/14 | | | | | | |
| 03/17/2014 16:24 EST  Sommer, Diane MD, CD | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |
| eye - 2/13/14 | | | | | | |
| cxr - 1/27/14 | | | | | | |
| pneumovax - 3/4/14 | | | | | | |
| influenza vaccine - 3/4/14 | | | | | | |
| 03/17/2014 16:23 EST  Sommer, Diane MD, CD | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |
| eye - 2/13/14 | | | | | | |
| 02/08/2008 13:13 EST  Craig, Charles PA-C | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |

**Total: 22**

12

2020-00442- 336 of 1232
Bureau of Prisons - UTV

**SENSITIVE BUT UNCLASSIFIED**



**Federal Bureau of Prisons
Psychology Data System**

| | |
|---|---|
| **Date-Title:** | 02-20-2014 - Intake Screening |
| **Reg Number-Name:** | 39327-053 - FINKLER, STEVEN |
| **Author:** | AMOR A. CORREA, PH.D., STAFF PSYCH |
| **Institution:** | BRO - BROOKLYN MDC |

---

## TREATMENT/MENTAL HEALTH HISTORY:

Inmate **FINKLER** reported the following:

**Out-Patient:**   Psychiatric treatment intermittently since 1991 for the treatment of depression and anxiety.

## ABUSE HISTORY:

Inmate FINKLER reported no abuse history

## MENTAL STATUS:

During the screening interview no mental status items were noteworthy.

Inmate FINKLER is currently taking the following psychotropic medications(s):   **Prozac, Lamictal.**

His psychological stability for custody is judged to be **FAVORABLE** .

## DRUG ABUSE HISTORY:

Inmate FINKLER does not report a history of substance abuse.

## PROGRAM TREATMENT RECOMMENDATIONS:

No programs/treatment are recommended at this time.

Inmate FINKLER reported an interest in participating in programs/treatment.

## COMMENTS:

### REASON FOR REFERRAL / SOURCE OF REFERRAL

Inmate FINKLER, a 49-year-old male from New York, was seen for an intake screening due to a flag on his SENTRY records that he has been previously diagnosed with Bipolar Disorder.

The interview was conducted in a private office on his housing unit. The following information was obtained through clinical interview and a review of select records.

### RELEVANT BACKGROUND INFORMATION

Mr. FINKLER was admitted to MDC Brooklyn on (1/24/2014), with charges of Bank Fraud. Mr. FINKLER has previously served a federal sentence for Wire/Mail Fraud. He is currently sentenced to 36 months.

The Psychology Services Inmate Questionnaire (PSIQ) completed by Mr. FINKLER at

2020-00442-462 of 1232

the time of admission was reviewed. He reported treatment for depression and anxiety beginning in 1996. He denied any current symptoms of emotional distress.

## Social / Academic / Occupational History:

Mr. FINKLER attained a Bachelor's Degree in Finance. He reported a history of working as a director of telecommunications for 5 years.

He is married and has a 12-year-old son. He reportedly speaks to his brother regularly and describes his family as very supportive.

## INTERVIEW BEHAVIOR AND SUBJECTIVE COMPLAINTS

Mr. FINKLER was cooperative and responded to all inquiry. He appeared calm, relaxed, and smiled socially during the interview. There were no visible signs of physical or emotional distress.

Also, as indicated above, he denied all significant symptoms of emotional distress since his arrival at MDC Brooklyn.

## MENTAL HEALTH HISTORY

Upon inquiry regarding his mental health history, Mr. FINKLER reported being treated for anxiety and depression by a psychologist and a psychiatrist since the 1990's. He was diagnosed with Bipolar Disorder approximately 4 years ago.

He has been taking Prozac for the past 14 years and has also been taking Lamictal for "a couple of years." Mr. FINKLER believes his medication is currently helping him manage his symptoms effectively.

## SUICIDAL BEHAVIORS HISTORY

Inmate denied a history of suicidal ideation or attempts.

## SUBSTANCE ABUSE HISTORY

Mr. FINKLER denied any history of substance abuse.

## MEDICAL HISTORY

Mr. FINKLER reported a history of hypertension, high cholesterol, and GERD.

## PHYSICAL / SEXUAL VICTIMIZATION HISTORY/ PREA

Mr. FINKLER denied a history of physical or sexual abuse.

## PHYSICAL / SEXUAL PREDATION HISTORY/PREA

He denied a history of perpetrating physical or sexual abuse.

## CURRENT MENTAL STATUS

Mr. FINKLER was interviewed in a semi-private area, using the officer's office in the housing unit. He was cooperative, and related in an interpersonally appropriate manner with this interviewer. During this interview, he appeared relaxed, calm, controlled, without visible signs of emotional distress, perturbance, or psychomotor agitation or retardation. He made adequate eye-contact, smiled socially, and engaged in appropriate reciprocal communication, speaking clearly and at a normal pace.

He exhibited euthymic mood and affect was of full range. Mr. FINKLER did not report symptoms of depression and no signs were in evidence. His verbalizations did not reflect helpless or hopeless thinking. Speech and thought processes were coherent and logical. He was oriented to all spheres and did not exhibit mental confusion. No symptoms or signs of psychosis were reported or suspected. No formal thought disorder was in evidence, including loosening of associations, flight of ideas, paranoid or other delusional thinking. Mr. FINKLER did not report hallucinations, and did not appear to be responding to internal stimuli during the interview.

Cognitive functioning was not formally tested but appeared within normal limits. There were no obvious signs of cognitive or memory impairment, judging by his ability to maintain focus, concentration, and attention during interview, as well as intact expressive and receptive language skills.

Mr. FINKLER reported normal appetite, regular eating, and regular sleeping patterns.

Current risk for suicide was assessed and ruled out.  Mr. FINKLER denied past, recent or current suicidal ideation (including morbid thoughts and passive suicidal ideation), planning or intent to engage in any type of self-destructive behavior. Mr. FINKLER expressed future-oriented and life-preserving plans.

**PROVISIONAL DIAGNOSIS**

**Diagnosis of Record:**

- Axis I: Dysthymic Disorder,Late Onset with Typical Features

    Bipolar Disorder

- Axis II: None

**Current Diagnostic Impression:**

- Axis I: Mood Disorder NOS

- Axis II: Deferred

**SUMMARY AND FOLLOW UP RECOMMENDATIONS:**

Mr. FINKLER currently denies any significant symptoms of emotional distress. His current functioning does not appear to be significantly impaired by his reported symptoms. Suicide risk was assessed and ruled out.

Therefore, he does not exhibit mental health symptoms that require additional psychiatric referral or follow-up.  He was informed about routine and emergency contact procedures for mental health services and was encouraged to utilize them should he need them prior in the future.

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Health Services
## Inmate ISDS Report

**Reg #:** 39327-053          **Inmate Name:** FINKLER, STEVEN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____          Transfer Date: 01/24/2017

## Health Problems

| Health Problem | Status |
|---|---|
| Other and unspecified hyperlipidemia | Current |
| waist circumference 41 inches | |
| Mood disorder in cond classified elsewhere | Current |
| Bipolar disorder | Current |
| Anxiety state, unspecified | Current |
| Dysthymic disorder | Current |
| Presbyopia | Current |
| Visual loss, unspecified | Current |
| Esophageal reflux | Current |
| Dermatitis due to other specified cause | Current |
| Open wound of scalp w/o mention of complication | Current |
| Deferred | Current |
| Psychosocial and environmental problems | Current |
| GAF 51 - 70 | Current |
| Family history of other cardiovascular diseases | Current |
| dad's first MI was at age 42 | |
| Encounter for removal of sutures | Current |
| Other medical exam for administrative purposes | Current |
| Body Mass Index 29.0-29.9, adult | Current |
| Meniere's disease, unspecified | Remission |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Aspirin 81 MG EC Tab  Exp: 03/10/2016  SIG: Take one tablet by mouth each day with food
**Lithium Carb**onate ER 450 MG Tab  Exp: 03/10/2016  SIG: ***pill line*** Take two tablets (900 MG) by mouth each evening *Consent form on file * ***pill line***
Meclizine HCl 25 MG Tab  Exp: 03/10/2016  SIG: Take one tablet by mouth twice daily AS NEEDED
Omeprazole 20 MG Cap  Exp: 03/10/2016  SIG: Take one capsule by mouth each morning 30 minutes before Breakfast **GI Clinic**
Pravastatin 40 MG Tab  Exp: 03/10/2016  SIG: Take one tablet by mouth at bedtime for control of cholesterol

**OTCs: Listing of all known OTCs this inmate is currently taking.**
None

## Pending Appointments

| Date | Time | Activity | Provider |
|---|---|---|---|
| 03/04/2016 | 09:30 | 14 Day Dr Eval | Physician 01 |
| 03/11/2016 | 00:00 | Optometry Exam | Optometrist |
| 07/21/2016 | 10:30 | Preventive Health Visit | MLP 01 |
| 10/07/2016 | 00:00 | Influenza - Trivalent Immunization | Nurse |
| 01/24/2017 | 00:00 | PPD Administration | Nurse |

**TB Clearance:** Yes

Last PPD Date: 01/24/2016          Induration: 0mm
Last Chest X-Ray Date: _____          Results: _____
TB Treatment: _____          Sx free for 30 days: Yes
TB Follow-up Recommended: No

# Bureau of Prisons
## Health Services
### Inmate Full Term Release

| Reg #:  39327-053 | Inmate Name: FINKLER, STEVEN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____     Transfer Date: 07/22/2016 _____

**Health Problems**

| Health Problem | Status |
|---|---|
| Other and unspecified hyperlipidemia | Current |
|    waist circumference | |
|    5/2016 continue on pravastatin | |
| Mood disorder in cond classified elsewhere | Current |
| Bipolar disorder | Current |
|    5/2016 Not currently on any medications but no current issues. | |
| Anxiety state, unspecified | Current |
| Dysthymic disorder | Current |
| Presbyopia | Current |
| Visual loss, unspecified | Current |
| Meniere's disease, unspecified | Current |
|    5/2016 continue meclizine | |
| Esophageal reflux | Current |
|    5/2016 continue omeprazole | |
| Dermatitis due to other specified cause | Current |
|    6/2016 triamcinolone | |
| Open wound of scalp w/o mention of complication | Current |
| Deferred | Current |
| Psychosocial and environmental problems | Current |
| GAF 51 - 70 | Current |
| Family history of other cardiovascular diseases | Current |
|    dad's first MI was at age 42 | |
| Encounter for removal of sutures | Current |
| Other medical exam for administrative purposes | Current |
| Body Mass Index 29.0-29.9, adult | Current |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

**Aspirin 81 MG EC Tab  Exp: 05/09/2017  SIG: Take one tablet by mouth each day with food**
**Meclizine HCl 25 MG Tab  Exp: 11/05/2016  SIG: Take one tablet by mouth twice daily AS NEEDED**
**Omeprazole 20 MG Cap  Exp: 11/05/2016  SIG: Take one capsule by mouth each morning 30 minutes before Breakfast **GI Clinic****

**OTCs: Listing of all known OTCs this inmate is currently taking.**
  None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 07/21/2016 | 10:30 | Preventive Health Visit | MLP 01 |
| 10/07/2016 | 00:00 | Influenza -  Trivalent Immunization | Nurse |
| 10/17/2016 | 00:00 | Follow-up | Physician 02 |
| 01/24/2017 | 00:00 | PPD Administration | Nurse |
| 04/10/2017 | 00:00 | Chronic Care Visit | Physician 01 |
| 06/21/2017 | 00:00 | Optometry Exam | Optometrist |

BP-A0692
JUN 10
U.S. DEPARTMENT OF JUSTICE

CONSENT TO USE OF LITHIUM

CDFRM
FEDERAL BUREAU OF PRISONS

I, STEVEN FINKLER _____, Reg. # 39327-053  hereby authorize Dr. Bialor, Bruce MD _____ or
his/her relief (designee), to prescribe lithium (Lithonate, Eskalith) to me and to continue said medication as is recommended for my
psychiatric treatment.

1. This medication is useful because it has been found to be effective in treating uncomfortable changes in mood, especially excitable,
irritable, and restless moods, and the accompanying symptoms of excessive energy, sleeplessness, racing ideas, overactivity, short
temper, and poor judgment, impulsivity, euphoria, depression and insomnia.

2. This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, dry mouth, hand tremors, frequent urination, and mild thirst.
Temporary and mild nausea may occur during the first few days of treatment. These effects are frequently temporary or can be controlled
with a change in dosage. Occasionally, lithium may cause the thyroid gland to under-function, producing a condition called
hypothyroidism. If the reason for continuing lithium is strong, this condition may be treated with an appropriate drug. There is some
concern about long-term effects of lithium on the kidney. However, it appears that if blood levels of the drug are kept within normal limits,
there is no reason to expect kidney damage in patients with normal kidney function at the start. Frequent blood draws may be necessary
when taking the medication. We have reviewed the fact that if you have a condition such as kidney function impairment, it may be
preferable to use other medication.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some
symptoms of bipolar disorder may get better or even go away without taking medication.

5. Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might
experience with this medication.

Based upon interview, assessment, and medical record review, it is my opinion that this patient **is not competent** to give consent.

| Other Issues Discussed: |
|---|
|  |

The patient certifies that he/she has read the foregoing, or has had it explained in a language they understand, hereby consents to
treatment and has no additional questions. Lines 1-5 above have been explained to the patient and based upon interview, assessment, and
medical record review, it is the opinion that this patient understands the proposed treatment, and **is competent** to give consent. The patient
may stop taking this medication at any time by contacting the physician, however, discontinuing the medication abruptly is generally not
advisable.

| Inmate Signature | Inmate Number | 39327-053 | Date | 1-23-2016 |
|---|---|---|---|---|
| Attending Psychiatrist or Physician  Bruce Bialor MD | | | Date | (1/25/2016) |

BRO--BROOKLYN MDC

PDF                         Prescribed by P6010

Reg #: 39327-053                    Inmate Name:  FINKLER, STEVEN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Bipolar disorder** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 296.80 | 01/25/2016 | Resolved | 05/18/2018 |
|    5/2016 Not currently on any medications but no current issues. | | | | | | |
| 05/09/2016 12:50 EST  Linley, Alphonso MD | I | ICD-9 | 296.80 | 01/25/2016 | Current | 01/25/2016 |
|    5/2016 Not currently on any medications but no current issues. | | | | | | |
| 01/25/2016 12:02 EST  Bialor, Bruce MD | I | ICD-9 | 296.80 | 01/25/2016 | Current | 01/25/2016 |
| **Anxiety state, unspecified** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 300.00 | 01/25/2016 | Resolved | 05/18/2018 |
| 01/25/2016 12:02 EST  Bialor, Bruce MD | I | ICD-9 | 300.00 | 01/25/2016 | Current | 01/25/2016 |
| **Dysthymic disorder** | | | | | | |
| 05/18/2018 11:12 EST  Bryskin, Lawrence MD | I | ICD-9 | 300.4 | | 2006 Resolved | 05/18/2018 |
| 02/08/2008 13:13 EST  Craig, Charles PA-C | III | ICD-9 | 300.4 | | 2006 Current | 02/08/2008 |
| **Hypertension, Benign Essential** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 401.1 | | 2006 Resolved | 02/08/2008 |
|    eye - 2/13/14 | | | | | | |
|    cxr - 1/27/14 | | | | | | |
|    pneumovax - 3/4/14 | | | | | | |
|    influenza vaccine - 3/4/14 | | | | | | |
| 03/17/2014 16:24 EST  Sommer, Diane MD, CD | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |
|    eye - 2/13/14 | | | | | | |
|    cxr - 1/27/14 | | | | | | |
|    pneumovax - 3/4/14 | | | | | | |
|    influenza vaccine - 3/4/14 | | | | | | |
| 03/17/2014 16:23 EST  Sommer, Diane MD, CD | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |
|    eye - 2/13/14 | | | | | | |
| 02/08/2008 13:13 EST  Craig, Charles PA-C | III | ICD-9 | 401.1 | | 2006 Current | 02/08/2008 |

**Total:** 22

19